**Order filed April 13, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00092-CV
_____

### UMESH BHATIA, Appellant

### V.

### AMERICAN EXPRESS NATIONAL BANK, Appellee

---

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1159992**

---

## O R D E R

This is an appeal from a judgment signed January 15, 2021. The notice of appeal was due February 15, 2021. *See* Tex. R. App. P. 26.1. Appellant, however, filed the notice of appeal on February 22, 2021, a date within 15 days of the due date for the notice of appeal. A motion to extend time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated

to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **10 days** after the date of this order. *See* Tex. R. App. P. 26.3;10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.